ACCEPTED
12-14-00230
TWELFTH COURT OF APPEALS
TYLER, TEXAS
1/20/2015 4:41:06 PM
CATHY LUSK
CLERK

NUMBER 12-14-00230-CV

IN THE COURT OF APPEALS FOR THE
12TH COURT OF APPEALS OF TEXAS
AT TYLER, TEXAS

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
1/20/2015 4:41:06 PM
CATHY S. LUSK
Clerk

*HAROLD AND DELORES PATTON,*
*APPELLANT*

*V.*

*LOANCARE, LLC*
*APPELLEE*

APPELLATE PROCEEDING FROM THE COUNTY COURT
OF SHELBY COUNTY, TEXAS

## APPELLEE'S CERTIFICATE OF CONFERENCE FOR APPELLEE'S FIRST MOTION TO EXTEND TIME TO FILE APPELLEE'S BRIEF

THE LAW OFFICE OF CORNELIA A. HARTMAN
CORNELIA A. HARTMAN, TBN 09159850
123 SAN AUGUSTINE STREET
CENTER, TEXAS 75935
T: 936-598-3999
F: 936-598-3031
corneliahartman@sbcglobal.net
Attorney for Appellee

## I. IDENTITIES OF PARTIES AND COUNSEL

A. Appellants
   Harold and Dolores Patton

B. Appellee
   Loancare, LLC

C. Counsel

   1. CORNELIA A. HARTMAN, TBN 09159850
      123 SAN AUGUSTINE STREET
      CENTER, TEXAS 75935
      T: 936-598-3999
      F: 936-598-3031
      corneliahartman@sbcglobal.net

      KLATT, ODEKIRK, AUGUSTINE, SAYER
      TREINEN & RASTEDE, P.C.
      925 E. 4TH STREET
      WATERLOO, IOWA 50703
      T: (319) 234-2530
      F: (319) 232-6341

      Attorneys for Appellee

   2. J. Keith Stanley
      413 Shelbyville
      Center, Texas 75935
      T: (936) 598-2981
      F: (936) 598-9155

      Attorney for Appellants.

### CERTIFICATE OF CONFERENCE

A conference was held on Friday, January 16, 2015 with J. Keith Stanley, attorney for Harold & Delores Patton, Appellants herein on the Appellee's First Motion to Extend Time to File Appellee's Brief. Attorney, Keith Stanley agrees with giving Appellee an extension to file its brief.

/s/ *Cornelia A. Hartman*
Cornelia A. Hartman - Attorney For LoanCare

THE LAW OFFICE OF

# *Cornelia A. Hartman*

123 San Augustine Street • Center, Texas 75935
Telephone: 936/598-3999 • Facsimile: 936/598-3031
e-mail: corneliahartman@sbcglobal.net
Website: www.corenliahartmanlaw.com

January 16, 2015

**Via Facsimile 598-9155**

J. Keith Standley
Fairchild Price Haley & Smith LLP
413 Shelbyville Street
Center, Texas 75935

RE:   Cause No. **12-14-00230-CV**; Patton, Appellants v. Loancare, Appellee; 12th Court of Appeals

Dear Mr. Standley:

Please find attached hereto Appelle's First Motion to Extend Time to File Appellee's Brief, which was faxed to your office on Tuesday, January 13, 2015.   Please advise if you have any objections to this motion, no later than 4:00 p.m. today via email to corneliahartman@sbcglobal.net, as Ms. Hartman is out of the office today.

Our office closes at 4:00 p.m. on Fridays and we will be out of the office on Monday.

Thank you for your prompt response.

Sincerely,

Leanne Tomaszewski
Legal Assistant to Cornelia A. Hartman
/lt

Enclosure as noted

**Subject:**   Re: Patton vs. Loancare

**From:**      Cornelia (corneliahartman@sbcglobal.net)

**To:**          COrtega@fairchildlawfirm.com;

**Date:**       Friday, January 16, 2015 7:42 PM

Thank you!

Sent from my iPhone - Cornelia

On Jan 16, 2015, at 4:32 PM, Cortney J. Ortega <COrtega@fairchildlawfirm.com> wrote:

Ms. Hartman:

I apologize for the delay in response, Mr. Stanley has been out of the office today. Please be advised that Mr. Stanley agrees to Appellee's First Motion to Extend Time to File Appellee's Brief.

Thank you!

Cortney Ortega

Legal Assistant to J. Keith Stanley

Fairchild, Price, Haley & Smith, LLP

413 Shelbyville Street

Center, Texas 75935

Telephone (936) 598-2981

Facsimile (936) 598-9155

www.fairchildlawfirm.com

This message is being sent by or on behalf of a lawyer or staff member from the law firm of Fairchild, Price, Haley & Smith. It is intended as a private communication with the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or